IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK STOKES, *et al*,  Plaintiff, | : : : : : | CIVIL ACTION |
| vs. | | |
| NEW JERSEY MANUFACTURERS INSURANCE COMPANY,  Defendant. | : : : : | No. 23-114 |
| MARK STOKES, *et al*,  Plaintiff, | : : : : : | CIVIL ACTION |
| vs. | | |
| NEW JERSEY MANUFACTURERS INSURANCE COMPANY,  Defendant, | : : : : : | No. 24-2127 |
| vs. | : : | |
| BERNARDO RODRIGUEZ TREJO,  Respondent. | : : : | |

**ORDER**

    **AND NOW,** this 19th day of July, 2024, upon careful consideration of Plaintiffs' motion to compel the deposition and production of documents by Bernardo Rodriguez Trejo (Doc. No 1, Civ. Action No. 24-2127), Plaintiffs' motion to transfer the civil action to the arbitration program (Doc. No. 50), Plaintiffs' motion for leave to file an amended complaint (Doc. No. 55), and Defendant's motion for summary judgment (Doc. No. 41), together with any and all responses thereto, and for the reasons explained more fully in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Plaintiffs' motion to compel the deposition and production of documents by Bernardo Rodriguez Trejo (Doc. No 1, Civ. Action No. 24-2127) is **DENIED**.

2. Plaintiffs' motion for leave to file an amended complaint (Doc. No. 55) is **DENIED**.

3. Defendant New Jersey Manufacturer's Insurance Company's motion for summary judgment (ECF No. 41) is **GRANTED.**

4. Judgment is **ENTERED** in favor of Defendant New Jersey Manufacturer's Insurance Company and against Plaintiff Mark Stokes and Plaintiff Kimberly Stokes on all claims.

5. Plaintiffs' motion to transfer the civil action to the arbitration program (Doc. No. 50) is **DENIED** as moot.

6. The Parties' pending motions *in limine* (Doc. Nos. 57, 58, 59, 60, 63, 64, and 65) are **DENIED** as moot.

7. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge